# MEMORANDA

OF

DECISIONS RENDERED WITHOUT EXTENDED OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

No. 5,513.—STATE, RESPONDENT, *v.* JACK WILSON, AP-
PELLANT.

*Appeal from District Court, Pondera County; John J.
Greene, Judge.*

Decided June 17, 1924.

PER CURIAM.—On motion of the attorney general to dis-
miss the appeal herein [on the ground that appellant is a
fugitive from justice] is sustained and the appeal ordered
dismissed.

*Mr. L. A. Foot,* Attorney General, for the State.